ISIDORE SILVERMAN, as Receiver of MORRIS LEVY, Respondent, *v.* MORRIS LEVY et al., Appellants, et al., Defendants.

Submitted November 15, 1948; decided December 2, 1948.

*Robert E. Perin* and *Joseph E. Greenberg* for appellants. *Samuel Komoroff* for respondent.

Judgment affirmed, with costs; no opinion.

CONCUR: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.